IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DUANE LUSE,

          Plaintiff,

v.

STATE OF WISCONSIN,
JUDGE O'MELIA, STEVEN DETIENE,
WISCONSIN STATE TROOPER STEVEN
MICHLIG, SAINT MARY'S HOSPITAL,
DANIELLE STROBEL, ONEIDA COUNTY
SHERIFF DEPARTMENT and ONEIDA
COUNTY SHERIFF SERGEANT GARDNER,

          Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-297-bbc

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 8/4/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |